USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA            :
:
-v-                    :        24CR0228 (KHP)
:
DANIEL MUNIZ,                       :        SENTENCING ORDER
:
Defendant(s).          :
:
-----------------------------------------------------------------------X

KATHARINE H. PARKER, United States Magistrate Judge:

It is hereby ORDERED that sentencing in this matter is scheduled for **Tuesday, August 20, 2024 at 2:00 p.m.** in Courtroom 17D of 500 Pearl Street, New York, New York 10007.

Defendant's sentencing submission shall be served by no later than **August 5, 2024.** The Government's sentencing submission shall be served no later than **August 12, 2024**. The parties should provide the Court with one courtesy hard copy of each submission when it is served. If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

**SO ORDERED.**

Dated: April 16, 2024
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge